# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32342 (f rev)**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Corey R. ROGERS**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 2 August 2017

————————————

*Military Judge:* Wendy L. Sherman (sitting alone).

*Approved sentence:* Bad-conduct discharge, confinement for 4 months, forfeiture of $1,031 pay per month for 4 months, and reduction to E-1. Sentence adjudged 29 June 2015 by SpCM convened at Barksdale Air Force Base, Louisiana.

*For Appellant:* Lieutenant Colonel Anthony D. Ortiz, USAF; Major Lauren A. Shure, USAF.

*For Appellee:* Colonel Laura J. Megan-Posch, USAF; Major Amanda L.K. Linares, USAF; Major Mary Ellen Payne, USAF; Gerald R. Bruce, Esquire.

Before DREW, MAYBERRY, and MINK, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

We have this case for further review because the staff judge advocate originally erred in advising the convening authority that she could not disapprove Appellant's punitive discharge. *See United States v. Rogers*, 76 M.J. 621 (A.F. Ct. Crim. App. 2017). Having resolved that issue, we find the approved

findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court